UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NICOLE B., | Case No. 5:12-cv-04706 EJD |
| Plaintiff(s), | **PRETRIAL ORDER (BENCH)** |
| v. | |
| HITACHI GLOBAL STORAGE TECHNOLOGIES, INC. WELFARE BENEFIT PLAN, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Preliminary Pretrial Conference on May 31, 2013. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 33), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Hearing on Anticipated Motion to Determine Standard of Review *Motion must be filed according to Civil Local Rule 7* | 9:00 a.m. on 9/13/13 |
| Final Pretrial Conference | 11:00 a.m. on 11/15/13 |

1

Case No. 5:12-cv-04706 EJD
PRETRIAL ORDER (BENCH)

| Joint Final Pretrial Conference Statement and Motions *in Limine* | 11/1/13 |
| Proposed Findings of Fact and Conclusions of Law | 11/8/13 |
| Bench Trial | 9:00 a.m. on 12/12/13 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial submissions.

**IT IS SO ORDERED.**

Dated: May 28, 2013



EDWARD J. DAVILA
United States District Judge

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."